# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

   William Kennedy                                          Case No.: 14-52843  
                                                            Judge Walter Shapero  
   Debtor,                                             Chapter 13  
_____/

Potestivo & Associates, P.C.  
By: Kenneth A. VanNorwick (P61707)  
Attorney for Ocwen Loan Servicing, LLC  
811 South Blvd. Suite 100  
Rochester Hills, MI 48307  
(248) 853-4400  
kvannorwick@potestivolaw.com

William R. Orlow  
24100 Woodward Ave.  
Pleasant Ridge, MI 48069  
(248) 584-2100  
bocecf@boclaw.com  
_____/

## OBJECTION TO CONFIRMATION OF DEBTORS' AMENDED CHAPTER 13 PLAN

**NOW COMES** Ocwen Loan Servicing, LLC as servicer for The Bank of New York Mellon, f/k/a The Bank of New York, as Indenture Trustee for the registered holders of ABFS Mortgage Loan Trust 2002-3, Mortgage Backed Pass-Through Certificates, Series 2002-3 (herein "Creditor"), by and through its attorney, Potestivo & Associates, P.C., and for their Objection to the Confirmation of the Chapter 13 Bankruptcy Plan filed for Debtor, William Kennedy (herein "Debtor"), by and through his attorney, William R. Orlow, states as follows:

1. Debtor filed a Chapter 13 Bankruptcy Petition on August 7, 2014.

2. Debtor also filed his Chapter 13 Bankruptcy Plan on September 5, 2014.

3. This Secured Creditor objects to the Debtor's proposed treatment of claims. The Debtor is proposing to cram down this Secured Creditor's lien under Class 5. This Secured Creditor, upon knowledge and belief, states the value of the property is far in excess of the stated value in Debtor's Chapter 13 Plan.

4. Creditor is entitled to have access to the property to conduct a full and complete appraisal.

WHEREFORE, Creditor respectfully requests that this Court to allow the Creditor access to the property to conduct a full and complete appraisal. In the alternative, Creditor respectfully requests that this Court deny confirmation of Debtor's Amended Bankruptcy Plan, and in addition, Creditor hereby requests and moves this court to enter an order dismissing this Bankruptcy case as the Debtor has not met the obligations set forth and has failed to propose a confirmable Amended Chapter 13 Plan.

Dated: October 7, 2014

*/s/ Kenneth A. VanNorwick*
Potestivo & Associates, P.C.
By: Kenneth A. VanNorwick (P61707)
Attorney for Ocwen Loan Servicing, LLC
811 South Blvd. Suite 100
Rochester Hills, MI 48307
(248) 853-4400
kvannorwick@potestivolaw.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

IN RE:

   William Kennedy                                 Case No.: 14-52843
                                                               Judge Walter Shapero

   Debtor,                                       Chapter 13
_____/

Potestivo & Associates, P.C.
By: Kenneth A. VanNorwick (P61707)
Attorney for Ocwen Loan Servicing, LLC
811 South Blvd. Suite 100
Rochester Hills, MI 48307
(248) 853-4400
kvannorwick@potestivolaw.com

William R. Orlow
24100 Woodward Ave.
Pleasant Ridge, MI 48069
(248) 584-2100
bocecf@boclaw.com
  _____/

**PROOF OF SERVICE**

      I, Brandi West, state that on the 7th day of October 2014, I served a copy of the Objection to Confirmation of the Debtor's Chapter 13 Plan and Proof of Service of same upon:

        William R. Orlow         Tammy L. Terry
        24100 Woodward Ave.   Buhl Building
        Pleasant Ridge, MI 48069   535 Griswold
                                                   Suite 2100
                                                   Detroit, MI 48226

Via CM-ECF electronic filing to the Debtor's Attorney and the Trustee.

                                                     */s/ Brandi West*
                                                     Brandi West
                                                     Employee of Potestivo & Associates, P.C.
                                                     811 South Boulevard, Suite 100
                                                     Rochester Hills, MI 48307
                                                     (248) 853-4400
                                                     bwest@potestivolaw.com